## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DON WHITE,

        Plaintiff,

                                        No. 2:17-cv-983-JB-KRS

v.

TOWN OF HURLEY,

        Defendant.

### ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court *sua sponte*.  Having reviewed the record, the Court

**FINDS** and **CONCLUDES** that a telephonic Rule 16 scheduling conference shall be held on

**February 1, 2018, at 9:45 a.m.**  The parties shall call the Court's "Meet-Me" line at **(505) 348-**

**2694** to connect to the proceedings.[1]

Per the Court's Initial Scheduling Order (Doc. 7), entered October 20, 2017, the parties

timely submitted a Joint Status Report ("JSR") (Doc. 8) on November 13, 2017.  The Court notes

that three months have passed since this submission.  Accordingly, should the parties find it

necessary to revise any of their proposed dates, they may file an amended JSR on or before

**January 25, 2018**.

      **IT IS SO ORDERED.**

                                _____
                                KEVIN R. SWEAZEA
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The referenced conference telephone line can only accommodate up to five (5) telephone calls at once, including the call-in to the telephone conference by the Court.  In the event the number of calls into the telephonic conference will exceed four (4) from counsel and parties, counsel or parties pro se must contact the Court immediately so that alternative arrangements can be made.