IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DON WHITE,

    Plaintiff,

v.                                    No.  2:17-cv-00983-JB-KRS

TOWN OF HURLEY,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on February 1, 2018, the Court reviewed the parties' Amended Joint Status Report and Provisional Discovery Plan (Doc. 14), filed January 24, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**