IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DON WHITE,

    **Plaintiff,**

v.                                            Case No. 2:17-cv-00983-JB-KRS

TOWN OF HURLEY,

    **Defendant.**

## ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE REGARDING EXPERT REPORTS

**THIS MATTER,** having come before the Court on Plaintiff's Stipulated Motion to Extend Discovery Deadline Regarding Expert Reports, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

    **IT IS HEREBY ORDERED** that the Plaintiff's discovery deadline regarding expert reports is extended to June 8, 2018 and Defendant's discovery deadline regarding expert reports is extended to July 23, 2018.

                                                                   _____
                                                                 UNITED STATES MAGISTRATE JUDGE