IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DON WHITE,

    **Plaintiff,**

v.                                                              Case No.  2:17-cv-00983-JB-KRS

TOWN OF HURLEY,

    **Defendant.**

## ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES REGARDING EXPERT REPORTS

**THIS MATTER,** having come before the Court on Plaintiff's Stipulated Motion to Extend Discovery Deadlines Regarding Expert Reports, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's discovery deadline regarding expert reports is extended to July 2, 2018, and Defendant's discovery deadline regarding expert reports is extended to August 16, 2018.

_____
UNITED STATES MAGISTRATE JUDGE