# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DON WHITE,**

    **Plaintiff,**

**vs.**                                             **No. CV 17-00983 JB/KRS**

**TOWN OF HURLEY,**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MOTIONS

**THIS MATTER** having come before the Court on Defendant Town of Hurley's *Unopposed Motion to Extend Deadline for Filing Pre-Trial Motions*, Doc. No. 27 (filed July 12, 2018), and the Court being fully advised in the premises, FINDS that the Motion is well-taken and is hereby GRANTED.

**IT IS THEREFORE ORDERED** that any pre-trial motions in this matter (including summary judgment and *Daubert* motions) shall be filed on or before **August 31, 2018**.

**IT IS SO ORDERED.**

_____
THE HON. KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE