# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DON WHITE,

    Plaintiff,

v.                                                      No. 2:17-cv-00983-JB-KRS

TOWN OF HURLEY,

    Defendant.

## ORDER DENYING UNOPPOSED MOTION TO QUASH AND STRIKE

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Quash and Strike Plaintiff's Document Titled Certificate of Service Filed July 2, 2018 from the Record (Doc. 26). Having reviewed the record, the Court FINDS and CONCLUDES that Plaintiff's motion is not well-taken and should be denied. In making this determination, the Court notes that Plaintiff filed two Certificates of Service on July 2, 2018 (Docs. 24 and 25), yet Plaintiff fails to specifically identify which document he would like stricken from the record.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Quash and Strike Plaintiff's Document Titled Certificate of Service Filed July 2, 2018 from the Record (Doc. 26) is hereby DENIED without prejudice.

                                              _____
                                              **KEVIN R. SWEAZEA**
                                              **UNITED STATES MAGISTRATE JUDGE**