IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DON WHITE,**

    **Plaintiff,**

v.                                              Case No.   2:17-cv-00983-JB-KRS

**TOWN OF HURLEY,**

    **Defendant.**

### ORDER TO QUASH AND STRIKE PLAINTIFF'S DOCUMENT 24 TITLED CERTIFICATE OF SERVICE FILED JULY 2, 2018 FROM THE RECORD

**THIS MATTER,** having come before the Court on Plaintiff's Amended Unopposed Motion to Quash and Strike Plaintiff's Document 24 Titled Certificate of Service Filed July 2, 2018 from the Record (Doc. 30), and the court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that Plaintiff's Document 24 entitled Certificate of Service filed on July 2, 2018 is quashed and stricken from the record regarding the above captioned matter.

_____
United States Magistrate Judge